UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JESSICA BERK,

                    Plaintiff,

                -against-                                13-cv-3917 (LAK)

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Certain defendants move for judgment on the pleadings dismissing the complaint in this *pro se* civil rights action.

        In a report and recommendation dated October 2, 2015, Magistrate Judge James C. Francis IV recommended that the motion be granted to the extent of dismissing the action with prejudice as to defendants Seidel, Mak, Doherty, and the City of New York but denied with respect to the claim against defendant Oliveras. No objections have been filed.

        Accordingly, the motion [DI 32] is granted to the extent that the action is dismissed with prejudice as to defendants Seidel, Mak, Doherty, and the City of New York but denied in all other respects.

        SO ORDERED.

Dated:     November 9, 2015

                                                  Lewis A. Kaplan
                                        United States District Judge